Tuesday, August 31

Close Window when you are through viewing Check Details.

Questions Regarding Your Payroll?
Please contact your payroll representative, **Megan Limbach**, at 573-522-6856 or megan.limbach@house.mo.gov.

**STATE OF MISSOURI**         Statement of Earnings and Deductions

| | | | | AGCY | ORG | DEPOSIT NO. |
|---|---|---|---|---|---|---|
| JEREMY W CADY | | | | 010 | 2018 | D0012709306 |
| SSN | PRD END DATE | PAY RATE | CHECK DATE | | | NET PAY |
| *****7033 | 8/15/2010 | 991.50 | 8/31/2010 | LEGISLATURE-OPERATING | | 595.96 |
| CUR EARNINGS | YTD EARNINGS | CUR DED | | HOUSE OF REPRESENTATIVES | | |
| 991.50 | 15616.13 | 395.54 | | | | |

| PAY CATEGORY | RATE | HOURS | AMOUNT | DED CATEGORY | AMOUNT | YTD AMT |
|---|---|---|---|---|---|---|
| REGULAR PAY | 991.50 | 86:40 | 991.50 | FEDERAL TAX | 50.78 | 774.54 |
| | | | | MEDIC TAX-EE | 13.86 | 217.77 |
| | | | | OASDI TAX-EE | 59.24 | 931.14 |
| | | | | MO STATE TAX | 25.00 | 387.00 |
| | | | | CP-MCHCP HLH | 23.00 | 391.00 |
| | | | | CP-MCHCP DEN | 9.17 | 146.72 |
| | | | | CP-MCHCP VIS | 3.75 | 60.00 |
| | | | | CP-ADMIN FEE | 0.08 | 1.28 |
| | | | | STATE WRITS | 210.66 | 631.97 |

| LEAVE CATG | CUR ACC | CUR US | CURR BAL |
|---|---|---|---|
| ANNUAL LEAVE | 5:00 | 0:00 | 79:03 |
| STATE COMP | 0:00 | 0:00 | 15:30 |
| SICK LEAVE | 5:00 | 0:00 | 79:03 |

EMPLOYEE PAYROLL INFO NOTICES AT: WWW.MO.GOV/MO/PAYROLLINFO/
ACCOUNT TYPE:   CHECKING   ACCOUNT NUMBER: ***▅▅▅▅▅   ROUTING NUMBER: ▅▅▅▅▅

Monday, August 16

Close Window when you are through viewing Check Details.

*Questions Regarding Your Payroll?*
Please contact your payroll representative, **Megan Limbach**, at 573-522-6856 or megan.limbach@house.mo.gov.

*STATE OF MISSOURI*                Statement of Earnings and Deductions

|  |  |  |  | AGCY | ORG | DEPOSIT NO. |
|---|---|---|---|---|---|---|
| JEREMY W CADY |  |  |  | 010 | 2018 | D0012651977 |
| SSN | PRD END DATE | PAY RATE | CHECK DATE |  |  | NET PAY |
| *****7033 | 7/31/2010 | 991.50 | 8/16/2010 | LEGISLATURE-OPERATING |  | 595.96 |
| CUR EARNINGS | YTD EARNINGS | CUR DED |  | HOUSE OF REPRESENTATIVES |  |  |
| 991.50 | 14624.63 | 395.54 |  |  |  |  |

| PAY CATEGORY | RATE | HOURS | AMOUNT | DED CATEGORY | AMOUNT | YTD AMT |
|---|---|---|---|---|---|---|
| REGULAR PAY | 991.50 | 86:40 | 991.50 | FEDERAL TAX | 50.78 | 723.76 |
|  |  |  |  | MEDIC TAX-EE | 13.85 | 203.91 |
|  |  |  |  | OASDI TAX-EE | 59.25 | 871.90 |
|  |  |  |  | MO STATE TAX | 25.00 | 362.00 |
|  |  |  |  | CP-MCHCP HLH | 23.00 | 368.00 |
|  |  |  |  | CP-MCHCP DEN | 9.17 | 137.55 |
|  |  |  |  | CP-MCHCP VIS | 3.75 | 56.25 |
|  |  |  |  | CP-ADMIN FEE | 0.08 | 1.20 |
|  |  |  |  | STATE WRITS | 210.66 | 421.31 |

| LEAVE CATG | CUR ACC | CUR US | CURR BAL |
|---|---|---|---|
| ANNUAL LEAVE | 5:00 | 0:00 | 74:03 |
| STATE COMP | 0:00 | 0:00 | 15:30 |
| SICK LEAVE | 5:00 | 0:00 | 74:03 |

EMPLOYEE PAYROLL INFO NOTICES AT: WWW.MO.GOV/MO/PAYROLLINFO/
ACCOUNT TYPE:   CHECKING   ACCOUNT NUMBER:   ***████████      ROUTING NUMBER:   ████████

Monday, August 2

Close Window when you are through viewing Check Details.

*Questions Regarding Your Payroll?*
Please contact your payroll representative, **Megan Limbach, at 573-522-6856** or megan.limbach@house.mo.gov.

**STATE OF MISSOURI**         Statement of Earnings and Deductions

|  |  |  |  | AGCY | ORG | DEPOSIT NO. |
|---|---|---|---|---|---|---|
| JEREMY W CADY |  |  |  | 010 | 2018 | D0012594876 |
| SSN | PRD END DATE | PAY RATE | CHECK DATE |  |  | NET PAY |
| *****7033 | 7/15/2010 | 991.50 | 7/30/2010 LEGISLATURE-OPERATING |  |  | 595.96 |
| CUR EARNINGS | YTD EARNINGS | CUR DED |  HOUSE OF REPRESENTATIVES |  |  |  |
| 991.50 | 13633.13 | 395.54 |  |  |  |  |

| PAY CATEGORY | RATE | HOURS | AMOUNT | DED CATEGORY | AMOUNT | YTD AMT |
|---|---|---|---|---|---|---|
| REGULAR PAY | 991.50 | 86:40 | 991.50 | FEDERAL TAX | 50.78 | 672.98 |
|  |  |  |  | MEDIC TAX-EE | 13.86 | 190.06 |
|  |  |  |  | OASDI TAX-EE | 59.25 | 812.65 |
|  |  |  |  | MO STATE TAX | 25.00 | 337.00 |
|  |  |  |  | CP-MCHCP HLH | 23.00 | 345.00 |
|  |  |  |  | CP-MCHCP DEN | 9.17 | 128.38 |
|  |  |  |  | CP-MCHCP VIS | 3.75 | 52.50 |
|  |  |  |  | CP-ADMIN FEE | 0.08 | 1.12 |
|  |  |  |  | STATE WRITS | 210.65 | 210.65 |

| LEAVE CATG | CUR ACC | CUR US | CURR BAL |
|---|---|---|---|
| ANNUAL LEAVE | 5:00 | 0:00 | 69:03 |
| STATE COMP | 0:00 | 0:00 | 15:30 |
| SICK LEAVE | 5:00 | 0:00 | 69:03 |

EMPLOYEE PAYROLL INFO NOTICES AT: WWW.MO.GOV/MO/PAYROLLINFO/
ACCOUNT TYPE:   CHECKING   ACCOUNT NUMBER:  ▇▇▇▇▇▇    ROUTING NUMBER:  ▇▇▇▇▇▇

1 of 1                                                                                                    8/2/2010 2:10 PM

MOSERS - Missouri State Employees' Retirement System
Case 10-21803-drd7 Doc 6 Filed 08/31/10 Entered 08/31/10 15:28:00 Desc Main Document Page 4 of 5
mhtml:mhtml:http:/deso/main/CCPDL3.PGM

**Monday, August 2**

Close Window **when you are through viewing Check Details.**

*Questions Regarding Your Payroll?*
Please contact your payroll representative, **Megan Limbach**, at **573-522-6856** or **megan.limbach@house.mo.gov.**

*STATE OF MISSOURI*          Statement of Earnings and Deductions

|  |  |  |  | AGCY | ORG | DEPOSIT NO. |
|---|---|---|---|---|---|---|
| JEREMY W CADY |  |  |  | 010 | 2018 | D0012537173 |
| SSN | PRD END DATE | PAY RATE | CHECK DATE |  |  | NET PAY |
| *****7033 | 6/30/2010 | 991.50 | 7/15/2010 LEGISLATURE-OPERATING |  |  | 806.62 |
| CUR EARNINGS | YTD EARNINGS | CUR DED | HOUSE OF REPRESENTATIVES |  |  |  |
| 991.50 | 12641.63 | 184.88 |  |  |  |  |

| PAY CATEGORY | RATE | HOURS | AMOUNT | DED CATEGORY | AMOUNT | YTD AMT |
|---|---|---|---|---|---|---|
| REGULAR PAY | 991.50 | 86:40 | 991.50 | FEDERAL TAX | 50.78 | 622.20 |
|  |  |  |  | MEDIC TAX-EE | 13.86 | 176.20 |
|  |  |  |  | OASDI TAX-EE | 59.24 | 753.40 |
|  |  |  |  | MO STATE TAX | 25.00 | 312.00 |
|  |  |  |  | CP-MCHCP HLH | 23.00 | 322.00 |
|  |  |  |  | CP-MCHCP DEN | 9.17 | 119.21 |
|  |  |  |  | CP-MCHCP VIS | 3.75 | 48.75 |
|  |  |  |  | CP-ADMIN FEE | 0.08 | 1.04 |

| LEAVE CATG | CUR ACC | CUR US | CURR BAL |
|---|---|---|---|
| ANNUAL LEAVE | 5:00 | 0:00 | 64:03 |
| STATE COMP | 0:00 | 0:00 | 15:30 |
| SICK LEAVE | 5:00 | 0:00 | 64:03 |

EMPLOYEE PAYROLL INFO NOTICES AT: WWW.MO.GOV/MO/PAYROLLINFO/
ACCOUNT TYPE:   CHECKING   ACCOUNT NUMBER:   ***▮▮▮▮     ROUTING NUMBER:   0▮▮▮▮▮

Monday, August 2

Close Window when you are through viewing Check Details.

*Questions Regarding Your Payroll?*
Please contact your payroll representative, **Megan Limbach**, at 573-522-6856 or **megan.limbach@house.mo.gov**.

**STATE OF MISSOURI**         Statement of Earnings and Deductions

| | | | | | AGCY | ORG | DEPOSIT NO. |
|---|---|---|---|---|---|---|---|
| JEREMY W CADY | | | | | 010 | 2018 | D0012479815 |
| SSN | PRD END DATE | PAY RATE | CHECK DATE | | | | NET PAY |
| *****7033 | 6/15/2010 | 991.50 | 6/30/2010 | LEGISLATURE-OPERATING | | | 806.62 |
| CUR EARNINGS | YTD EARNINGS | CUR DED | | HOUSE OF REPRESENTATIVES | | | |
| 991.50 | 11650.13 | 184.88 | | | | | |

| PAY CATEGORY | RATE | HOURS | AMOUNT | DED CATEGORY | AMOUNT | YTD AMT |
|---|---|---|---|---|---|---|
| REGULAR PAY | 991.50 | 86:40 | 991.50 | FEDERAL TAX | 50.78 | 571.42 |
| | | | | MEDIC TAX-EE | 13.85 | 162.34 |
| | | | | OASDI TAX-EE | 59.25 | 694.16 |
| | | | | MO STATE TAX | 25.00 | 287.00 |
| | | | | CP-MCHCP HLH | 23.00 | 299.00 |
| | | | | CP-MCHCP DEN | 9.17 | 110.04 |
| | | | | CP-MCHCP VIS | 3.75 | 45.00 |
| | | | | CP-ADMIN FEE | 0.08 | 0.96 |

| LEAVE CATG | CUR ACC | CUR US | CURR BAL |
|---|---|---|---|
| ANNUAL LEAVE | 5:00 | 0:00 | 59:03 |
| STATE COMP | 0:00 | 0:00 | 15:30 |
| SICK LEAVE | 5:00 | 0:00 | 59:03 |

EMPLOYEE PAYROLL INFO NOTICES AT: WWW.MO.GOV/MO/PAYROLLINFO/

ACCOUNT TYPE:   CHECKING   ACCOUNT NUMBER: *████████    ROUTING NUMBER: ████████

1 of 1                                                                 8/2/2010 2:09 PM